UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO GUERRERO ESPINOSA, | CASE NO. 2:26-cv-02259-JHC |
| Petitioner, | MINUTE ORDER |
| v. | |
| ICE FIELD OFFICE DIRECTOR et al., | |
| Respondents. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) At Dkt. # 3, Petitioner requests that correspondence related to this case be sent to his spouse.

(2) For the reasons presented in that motion, the Court DIRECTS the Clerk to add as an interested party in the case the following individual and associated mailing address:

Maria Quiroz
2011 Summit Dr
Shelton, WA 98584

(3) The Clerk is directed to forward a copy of this Order to all counsel of record.

MINUTE ORDER - 1

Dated this 1st day of July 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2