UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO GUERRERO ESPINOSA, | CASE NO. 2:26-cv-02259-JHC |
| Petitioner, | ORDER |
| v. | |
| ICE FIELD OFFICE DIRECTOR et al., | |
| Respondents. | |

This matter comes before the Court on Petitioner Francisco Guerrero Espinosa's Emergency Motion for Temporary Restraining Order. Dkt. # 2. The Court has considered the materials filed in support of and in opposition to the motion, including the underlying habeas petition at Dkt. # 1 and its supporting exhibits, and the applicable law. Being fully advised, for the reasons below, the Court DENIES the Motion.

General Order 10-25 provides that

[t]he standard scheduling order is intended to provide a prompt resolution to habeas petitions that should reduce the contemporaneous filing of motions for temporary restraining orders seeking release from custody or the relief that is otherwise requested by the habeas petition. Motions for temporary restraining orders should be reserved for matters where the petitioner alleges *imminent*, irreparable harm, such as *imminent removal* from the United States. All motions for temporary restraining orders must meet the requirements of Federal Rule of Civil Procedure 65 and Local Civil Rule 65.

ORDER - 1

*See* Gen. Order 10-25, ¶ 5, In Re: Immigration Habeas Petitions Under 28 U.S.C. § 2241, United States District Court for the Western District of Washington (Dec. 18, 2025) (emphasis added). The referenced scheduling order was entered at Dkt. # 6. Petitioner states that removal is "the ultimate irreparable injury." But Petitioner does not allege that his removal is imminent. Further, Respondents state that removal is not imminent. Dkt. # 8 at 2–3. Thus, Petitioner's request for a TRO is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 1st day of July, 2026.

John H. Chun
United States District Judge

ORDER - 2